IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RUBBY JAMES GRAY**  PLAINTIFF
ADC #500127

v. No. 3:15-cv-74-DPM

RON HUNTER, Judge, Poinsett
County and DOES, 1-3, Lepanto Police
Chief, "Chad," Lepanto Court Clerk,
"Diana," and Lepanto CID Officer, "Daniel." DEFENDANTS

ORDER

Gray has not paid the $400.00 filing and administrative fees, or filed an application for leave to proceed *in forma pauperis*. Gray must do one or the other by 10 June 2015, or his complaint will be dismissed without prejudice. The Court directs the Clerk to mail an *in forma pauperis* application to Gray.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 May 2015