IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY
ADC #500127                                                                          PLAINTIFF

v.                          No. 3:15-cv-74-DPM

RON HUNTER, Judge, Poinsett
County and DOES, 1-3, Lepanto Police
Chief, "Chad," Lepanto Court Clerk,
"Diana," and Lepanto CID Officer, "Daniel."                         DEFENDANTS

ORDER

The Court warned Gray that if he did not either submit an application for leave to proceed *in forma pauperis* or pay the $400 filing and administrative fees by 10 June 2015, then the Court would dismiss his complaint without prejudice. № 2. Gray has not responded, and the time to do so has passed. Gray's complaint is therefore dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2015