IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY                                                               PLAINTIFF
ADC #500127

v.                                    No. 3:15-cv-74-DPM

RON HUNTER, Judge, Poinsett
County and DOES, 1-3, Lepanto Police
Chief, "Chad," Lepanto Court Clerk,
"Diana," and Lepanto CID Officer, "Daniel."                          DEFENDANTS

JUDGMENT

Gray's complaint is dismissed without prejudice for failure to prosecute.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2015