IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                              PLAINTIFF

v.                              No. 3:15-cv-74-DPM-PSH

RON HUNTER, Judge, Poinsett
County Judge; and DOES, 1-3, Lepanto Police
Chief, "Chad," Lepanto Court Clerk,
"Diana," and Lepanto CID Officer, "Daniel"                         DEFENDANTS

ORDER

1. Gray's motion to proceed *in forma pauperis*, № 8, is granted. Gray is no longer in custody, so no partial filing fee is assessed.

2. The Court must screen Gray's complaint. 28 U.S.C. § 1915A. Judge Ron Hunter enjoys absolute immunity for his role in the issuance of arrest warrants and other judicial functions. *Robinson v. Freeze*, 15 F.3d 107, 108 (8th Cir. 1994). And Gray's vague allegations against the Doe Defendants are too thin to plead a plausible claim for relief. *Bell Atlantic Corporation v. Twombly*, 550 U.S. 544, 555 (2007). Because Gray's complaint fails to state a claim, it will be dismissed without prejudice.

3. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 August 2015