IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY                                                                    PLAINTIFF

v.                             No. 3:15-cv-74-DPM

RON HUNTER, Judge, Poinsett
County Judge; and DOES, 1-3, Lepanto Police
Chief, "Chad," Lepanto Court Clerk,
"Diana," and Lepanto CID Officer, "Daniel"                           DEFENDANTS

JUDGMENT

Gray's complaint is dismissed without prejudice.

*(signature)*
D.P. Marshall Jr.
United States District Judge

26 August 2015